Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, 16th Floor
Newark, NJ 07102
(973) 242-4471 – Phone
(973) 242-8295 – Fax
Attorney for Defendant
Marcellus Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA,<br><br>V.<br><br>MARCELLUS ALLEN,<br><br>DEFENDANT. | CRIMINAL DOCKET<br>Case No. 2:24-cr-00431-EP<br><br><br>ORDER PERMITTING MODIFICATION<br>OF RELEASE CONDITIONS |
|---|---|

THIS MATTER, having been opened to the Court, after obtaining consent from Pretrial Services, upon the application of Raymond L. Hamlin, Esquire, of the Law Offices of Hunt, Hamlin & Ridley, Esquires, attorneys for the Defendant, Marcellus Allen, for a modification of release conditions, and with good cause having been shown;

IT IS on this 26th day of December, 2024;

ORDERED, that Mr. Allen is granted temporary release conditions.

IT IS FURTHER ORDERED that Mr. Allen is permitted to attend his Birthday Celebration on December 27, 2024 at Antika Grill, located at 578 Bloomfield Avenue, Montclair, New Jersey between

the hours of 5:00 P.M. and 11:30 P.M., which same includes travel time; and

IT IS FURTHER ORDERED that a copy of this order shall be deemed served upon all Counsel ECF.

*/s/ Evelyn Padin*
_____
Hon. Evelyn Padin, U.S.D.J.